■　In the Matter of FRANKLIN LEONARD, Appellant, v PAUL J. REGAN, as Chairman of the Board of Parole, et al., Respondents.—Appeal unanimously dismissed as moot since petitioner was released from custody on March 22, 1976. (See *Matter of Cummings v Regan,* 45 AD2d 222, rev other grounds 36 NY2d 969; *Foote v Flood,* 44 AD2d 566, app dsmd as academic 34 NY2d 803.) (Appeal from judgment of Wyoming Supreme Court article 78

proceeding.) Present—Marsh, P. J., Moule, Simons, Goldman and Witmer, JJ.